CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 25 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRANDON JEROD SMITH, ) | |
| ) | Civil Action No. 7:13CV00060 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| OFFICER OWENS, et al., ) | By: Samuel G. Wilson |
| ) | United States District Judge |
| Defendants. ) | |
| ) | |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable Pamela M. Sargent, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that the court deny the plaintiff's Motion For the Judge to ask the Director Harold W. Clarke of the Department of Corrections to protect [him] (Docket Item No. 47).

The parties have not filed objections to the report and recommendation and the court, upon review of pertinent portions of the record, is of the opinion that the report should be adopted. It is accordingly, **ORDERED** and **ADJUDGED** that the plaintiff's motion is denied for the reasons stated in the Magistrate Judge's Report and Recommendation dated October 2, 2013.

The Clerk is directed to send copies of this order to all counsel of record and unrepresented parties.

**ENTER:** This October 25th 2013.

_____
UNITED STATES DISTRICT JUDGE